EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Certiorari |
| Consolidated Telecom of Puerto Rico, LLC | |
| On Net Puerto Rico, LLC | 2020 TSPR 63 |
| Kode Services, LLC | 204 DPR _____ |

Número del Caso: CC-2020-0140

Fecha: 8 de mayo de 2020

Tribunal de Apelaciones:

    Panel X

Abogado de la parte peticionaria:

    Lcdo. José L. Nieto Mingo

Materia: Resolución del Tribunal con Voto Particular de Conformidad.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
Sala I


*In re*:

Consolidated Telecom of Puerto
Rico, LLC                                   CC-2020-0140      Certiorari

On Net Puerto Rico, LLC

Kode Services, LLC



Sala de Despacho integrada por la Jueza Presidenta Oronoz Rodríguez, la Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Feliberti Cintrón


RESOLUCIÓN


En San Juan, Puerto Rico, a 8 de mayo de 2020.

Atendido el *Recurso de certiorari* que presentó la parte peticionaria, se provee no ha lugar.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez emitió un Voto particular de conformidad.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Consolidated Telecom of Puerto
Rico, LLC

On Net Puerto Rico, LLC

Kode Services, LLC

CC-2020-0140     Certiorari

La Jueza Presidenta Oronoz Rodríguez emitió un Voto particular de conformidad

En San Juan, Puerto Rico, a 8 de mayo de 2020.

Consideraciones jurisdiccionales nos impiden atender el recurso que tenemos ante nosotros. La sección 4.2 de la Ley de Procedimiento Administrativo Uniforme (LPAU), Ley Núm. 38-2017, 3 LPRA sec. 9672, nos priva de revisar en los méritos los dictámenes interlocutorios que emiten las agencias administrativas. Claro TV y Junta Regl. Tel. v. One Link, 179 DPR 177 (2010); Dpto. Educación v. Sindicato Puertorriqueño, 168 DPR 527 (2006). La parte que se entienda perjudicada por las determinaciones del Negociado de Telecomunicaciones de Puerto Rico (NET) tendrá la oportunidad de acudir al Tribunal de Apelaciones una vez se emita un dictamen final sobre la

investigación en curso. En ese momento, el foro apelativo intermedio podrá revisar cada uno de los dictámenes interlocutorios o parciales que el NET emita durante el proceso investigativo que lleva contra los peticionarios.

Se les recuerda a las partes que la facultad que tienen las agencias para requerir información al amparo de la sección 6.2 de la LPAU, 3 LPRA sec. 9692, no es irrestricta. Esta sección indica también el derecho que tiene una parte para impugnar la solicitud de documentos de la agencia y exige que esos reclamos se lleven a través del procedimiento adjudicativo que disponga su ley habilitadora y aquel trazado por la LPAU en las secs. 9641 a la 9661. Íd. A su vez, ese procedimiento exige que se salvaguarden los derechos de las partes y se sigan los requisitos procesales que allí se exponen. Entre estas disposiciones, se encuentran aquellas que regulan la imposición de sanciones, 3 LPRA sec. 9661. Nótese además que la LPAU distingue y regula las multas administrativas en una sección separada, 3 LPRA sec. 9701. En esa línea, cualquier interpretación de las disposiciones en la Ley de Telecomunicaciones de Puerto Rico de 1996, Ley Núm. 213-1996, 27 LPRA sec. 265 et seq., así como de los reglamentos al amparo de esta, deberá hacerse en armonía con lo dispuesto en la LPAU.

Por último, no avalamos el uso de los mecanismos estatutarios disponibles a las agencias para cumplir con sus facultades con el propósito injustificado de imponer penalidades cíclicas e infinitas. Tales prácticas constituyen un abuso del derecho que no vacilaremos en rectificar. Asimismo, aun cuando no tenemos todos los datos, albergamos

dudas serias sobre las justificaciones del NET para solicitar los dos documentos en controversia. Le recordamos a la agencia que eventualmente deberá tomar una determinación final sobre la investigación en curso basada en la evidencia que tiene ante sí. Esto último, independientemente de si obtiene o no los documentos aludidos.


                           Maite D. Oronoz Rodríguez
                                Jueza Presidenta